# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia
Savannah Division

2008 JUL 21  PM 2: 25

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Ricky Maurice Thorpe | ) | Case No: CR401-00201-001 |
| | ) | USM No: 10804-021 |
| Date of Previous Judgment: November 29, 2001 | ) | Christopher Ray |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED.  [X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __211__ months **is reduced to** __190 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 29 | Amended Offense Level: | 27 | |
| Criminal History Category: | VI | Criminal History Category: | VI | |
| Previous Guideline Range: | 151 to 188 months | Amended Guideline Range: | 130 to 162 months | |
| | plus 60 months | | plus 60 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[X] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**
If this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a "Time Served" sentence. The sentence of 190 months consists of terms of 130 months as to Count 1 and 60 months as to Count 2, to be served consecutively.

Except as provided above, all provisions of the judgment dated __November 29, 2001,__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: July 21, 2008

Judge's signature

Effective Date: _____
(if different from order date)

William T. Moore, Jr.
Chief Judge, U. S. District Court
Printed name and title